# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT
JUDGMENT IN A CIVIL CASE**

**GARDEN CITY BOXING CLUB, INC.,**

        Plaintiff,

       V.                                 CASE NUMBER: **06-C-958**

**JESUS J. GAMEZ, individually and
d/b/a Palomas Place,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that default judgment is entered in favor of the plaintiff Garden City Boxing Club, Inc. and against defendant Jesus J. Gamez, individually, and d/b/a Palomas Place, in the sum of $101,500.00.
This action is hereby DISMISSED.**

| | |
|---|---|
|    **March 14, 2007** |  **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |